JAMES G. LoDOLCE, Respondent, *v.* MICHAEL FRANZ
et al., Appellants.

JAMES G. LoDOLCE, Respondent, *v.* UNITED STATES
FIDELITY AND GUARANTY COMPANY, Appellant and
Respondent, and IRVING HOLMAN et al., Appellants.

(Argued March 19, 1934; decided April 17, 1934.)

*Eugene L. Bondy* for Michael Franz et al, appellants.

*Maury M. Kotz* and *William J. McArthur* for United States Fidelity and Guaranty Company, appellant and respondent.

*Frederick W. Sparks, Anthony F. Tuozzo* and *Henry J. Wall* for respondent.

In each action, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.